527 F.2d 1389
 Eduardo Eladio GARCIA-SARQUIZ, Plaintiff-Appellant,
v.
Edward H. LEVI, Attorney General of the United States of
America, Defendant-Appellee.
 No. 74--4184.
 United States Court of Appeals,
Fifth Circuit.
 March 3, 1976.
 
 Brian R. Hersh, Miami, Fla., for plaintiff-appellant.
 Robert W. Rust, U.S. Atty., C. Wesley G. Currier, Asst. U.S. Atty., Miami, Fla., John L. Murphy, Rex L. Young, Chief Gov. Regional Section, Washington, D.C., for defendant-appellee.
 Before GEWIN and AINSWORTH, Circuit Judges, and MARKEY*, Chief Judge.
 PER CURIAM:
 
 
 1
 The judgment in this case si affirmed on the basis of the opinion of the District Court, 407 F.Supp. 789.
 
 
 2
 Affirmed.
 
 
 
 *
 Of the U.S. Court of Customs and Patent Appeals, sitting by designation